**SMITH v. CITY OF FAYETTEVILLE**

[366 N.C. 556 (2013)]

| | | |
|---|---|---|
| JEFFREY SMITH, ET AL. | ) | |
| | ) | |
| v. | ) | CUMBERLAND COUNTY |
| | ) | |
| CITY OF FAYETTEVILLE | ) | |

No. 236A12

## ORDER

Upon consideration of the Notice of Appeal Based Upon a Constitutional Question filed by plaintiffs on the 1st day of June 2012, the Court allows Defendant's Notice of Appeal for the limited purpose of remanding to the Court of Appeals for reconsideration in light of our decision in *IMT Inc. v. City of Lumberton*, —— N.C. ——, —— S.E.2d —— (8 March 2013).

By Order of this Court in Conference, this 7th day of March, 2013.

Beasley, J., Recused.

s/Jackson, J.
For the Court